NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-99-JCM-VCF |
| Plaintiff, | **Motion to Dismiss the Indictment as to Defendants Dominguez and Quintero** |
| v. | |
| EVANGELINA DOMINGUEZ and DIEGO QUINTERO, | |
| Defendants. | |

On April 7, 2015, a federal grand jury returned an Indictment charging four defendants, including Evangelina Dominguez and Diego Quintero, with 39 total counts of Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371, and Aiding or Advising False Income Tax Returns, in violation of 26 U.S.C. § 7206(2), based on conduct occurring in 2009 and 2010. (ECF 1.) That same day, the Court issued a warrant for the arrest of all four defendants. (ECF 6.) More than 5 years later, the warrants for the Dominguez and Quintero remain outstanding.[1]

---

[1] Co-defendants Roger Linares and Sergio Acosta were arrested in 2015 and convicted and sentenced in 2016.

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now requests permission of the Court to dismiss the Indictment as to Defendants Dominguez and Quintero. If granted, because those defendants would no longer face any charges in this case, the Government further requests that the Court quash the outstanding warrants for their arrest.

Respectfully submitted this 2nd day of November, 2020.

        NICHOLAS A. TRUTANICH
        United States Attorney

        *s/ Richard Anthony Lopez*
        RICHARD ANTHONY LOPEZ
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EVANGELINA DOMINGUEZ and<br><br>DIEGO QUINTERO,<br><br>        Defendants. | Case No. 2:15-cr-99-JCM-VCF<br><br>**Order Granting<br>Motion to Dismiss the Indictment as to<br>Defendants Dominguez and Quintero** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendants Evangelina Dominguez and Diego Quintero.

NICHOLAS A. TRUTANICH
United States Attorney

*s*/Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendants Evangelina Dominguez and Diego Quintero, it is hereby ordered that the warrants for their arrest, issued April 7, 2015, are quashed.

DATED November 6, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE